UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. 4:11-cv-03985 |
| $40,051.00 IN U.S. CURRENCY <br> Defendant in rem. | § § § | |

### AGREED UNITED STATES MOTION FOR A
### FINAL JUDGMENT OF FORFEITURE

United States of America, Plaintiff, and Goredema Jane Ijeoma, Claimant, have settled this case. The parties have agreed that:

    a. $10,012.75 shall be forfeited to the United States;

    b. $30,038.25, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect shall be returned to the Claimant;

    c. the seizure of the Defendant in rem was reasonable under 31 U.S.C. § 5317(c)(2).

With the concurrence of Goredema Jane Ijeoma, Claimant, the United States

1

moves for an agreed final judgment of forfeiture.

Date: May 10, 2012.

Respectfully submitted,

Kenneth Magidson
United States Attorney

By: *[signature]*

Albert Ratliff
Assistant United States Attorney
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
United States Attorney's Office
P.O. Box 61129, Houston, Texas 77208
E-mail albert.ratliff@usdoj.gov
Office (713) 567-9579
Fax (713) 718-3300

Agreed as to form and substance:

*[signature]*

Goradema Jane Ijeoma

*[signature]*

Omotayo "O.J." Lawal, Esq.
Attorney for Claimant