UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | § § § § § § § § | CIVIL ACTION NO. 4:11-cv-03985 |
| v. | | |
| $40,051.00 IN U.S. CURRENCY Defendant in rem. | | |

### AGREED FINAL JUDGMENT

The agreed United States' motion for a final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of Defendant in rem $40,051.00 under 28 U.S.C. § 2465(a)(2). It is ORDERED that:

1. $10,012.75 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of these funds;

2. The United States Department of Homeland Security shall return to Goredema Jane Ijeoma, Claimant, $30,038.25 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending payment Omotayo "O.J." Lawal, Esq., 8700 Commerce Park Ste 202 Houston, TX 77036;

3. The Claimant will hold the United States, including its employees, agents,

and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on _May 15_____, 2012.

_____
David Hittner
United States District Judge

Agreed as to form and substance:

_____
Geredema Jane Ijeoma

_____
Omotayo "O.J." Lawal, Esq.
Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney